UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CEDRIC SMITH, *et al.*,

    Defendants.

Case No. 3:25-cr-18

District Judge Michael J. Newman

---

**PRELIMINARY PRETRIAL ORDER**

---

Having read and considered the parties' Status Report and Proposed Schedule, the Court makes the following findings and enters the following preliminary pretrial order:

1. On or about March 11, 2025, the grand jury returned an indictment against defendants Cedric Smith, Jacob Goldsberry, Jacob Sanders, and Jessica Holton. Following the return of the indictment and the arraignment of these defendants, this Court entered a scheduling order finding an initial Speedy Trial Act deadline of May 26, 2025. *See* Doc. No. 25.

2. On or about April 22, 2025, the grand jury returned a superseding indictment, adding seven new defendants to this case. While two of these individuals remain at large, five of the new defendants – Thomas Cloud, Maurice Croston, Mary Daniels, Ebony Smith, and Alvin Vaughn – have made their initial appearances and have been arraigned on the indictment. With that last arraignment occurring on May 13, 2025, the Court finds that the new Speedy Trial Act deadline is **July 22, 2025**.[1] *See Henderson v. United States*, 476 U.S. 321, 323 n.2 (1986) ("All defendants who are joined for trial generally fall within the speedy trial computation

---

[1] If counsel disagrees with this calculation, counsel shall contact the Court with their Speedy Trial Act calculation and deadline.

of the latest [arraigned] codefendant"); *United States v. Taylor*, 489 F. App'x 34, 48-49 (6th Cir. 2012); *Sylvester v. United States*, 110 F. Supp. 3d 738, 747 (E.D. Mich. 2015) ("courts have generally restarted the speedy trial clock if the superseding indictment adds new defendants to the case"), *aff'd*, 868 F.3d 503 (6th Cir. 20170; *see also* 18 U.S.C. § 3161(h)(6).

3. To conform to this new Speedy Trial Act deadline, the Court enters the following preliminary schedule:

| Discovery deadline: | **May 19, 2025** |
|---|---|
| Motion filing deadline: | **June 23, 2025** |
| Status report deadline: | **June 30, 2025** |
| Jury trial: | **July 7, 2025 at 9:30 AM** |

**IT IS SO ORDERED.**

May 14, 2025                                              s/*Michael J. Newman*
                                                          Hon. Michael J. Newman
                                                          United States District Judge

2