# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO. 3:25CR18** |
| Plaintiff, | |
| vs. | **JUDGE NEWMAN** |
| **CEDRIC SMITH et al.,** | |
| Defendants. | |

## ORDER ON MOTION TO UNSEAL CASE

The United States has filed a motion to unseal this case. The Court hereby GRANTS this motion and orders this case unsealed.

June 10, 2025  
Date

s/*Michael J. Newman*  
Honorable Michael J. Newman  
United States District Court Judge